Jennie Thompson, as Administratrix of the Goods, Chattels and Credits Which Were of John Thompson, Deceased, Respondent, v. George Colon & Co., Inc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Edward J. Tumulty, Appellant, v. The New York, New Haven and Hartford Railroad Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

United States Bond and Mortgage Corporation, Appellant, v. Helen E. Loughlin, Respondent. "John Doe," Said Name Being Fictitious, etc., Defendant. (Appeals Nos. 1 and 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Watamond Realty Corporation, Appellant, v. Mamie Schwartz and Others, Defendants. Robert Krauss Flooring Co., Inc., and Another, Respondents.— Motion for reargument of motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Winifred C. Waters, Respondent, v. William Sturges and Bessie Krogh Sturges, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Black & White Service, Inc., Respondent, v. Harold H. Bross, Appellant.— Order granting plaintiff's motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements, upon condition that plaintiff stipulate to proceed to trial on the first Monday of May, the justice presiding at Special Term consenting thereto. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

John R. Blair Company, Inc., Respondent, v. Harry Koeppel Corporation and Century Indemnity Company, Appellants, and A. B. See Elevator Company, Inc., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Helen E. Grant, Respondent, Appellant, v. Abraham Zipern and Isidore Robins, Copartners Doing Business under the Name of A. Zipern & I. Robins, Appellants, Impleaded with Anthony Gio, Respondent.— Judgment as against defendants Zipern and Robins reversed upon the law, with costs, and complaint dismissed, with costs. The record herein does not establish such a condition of the metal door step as would afford a basis for a finding of negligence on the part of the said defendants, who maintained it, especially in a case where the evidence does not disclose that the plaintiff slipped upon a portion of the step said to have been worn smooth. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.